IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER A. SVEUM and SUSAN L. SVEUM,

    Defendant-Appellant,

  v.

STOUGHTON LUMBER CO., INC.,

    Plaintiff-Appellee.

JUDGMENT IN A CIVIL CASE

Case No.   13-cv-789-wmc

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin.

| s/ R.Plender, Deputy Clerk | 9/23/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |