UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

In Re:

PETER A. AND SUSAN L. SVEUM                     Bankr. Case No. 12-15483

    Debtors.

Peter A. and Susan L. Sveum,

    Defendant-Appellants,

vs.                                              Case No. 13-CV-789

Stoughton Lumber Company, Inc.,

    Plaintiff-Appellee.

### NOTICE OF APPEAL TO THE
### UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Notice is hereby given that Peter A. Sveum, the Defendant-Appellant, appeals to the United States Court of Appeals for the Seventh Circuit, pursuant to 28 U.S.C. §158(d), from the final Opinion and Order of United States District Court for the Western District of Wisconsin entered in this case on September 23, 2014 sustaining the Bankruptcy Court's Order finding that the Defendant-Appellant's debt to Plaintiff-Appellee is excepted from discharge pursuant to 11 U.S.C. §523(a)(4).

The parties to the Opinion and Order appealed from and the names and addresses of their respective attorneys are as follows:

Plaintiff-Appellee:

Stoughton Lumber Company, Inc.  
3188 Deer Point Drive  
Stoughton, Wisconsin, 53589

Attorney Josh Johanningmeier  
Attorney Monica Santa Maria  
Attorney Katherine Stadler  
Godfrey & Kahn, S.C.  
One East Main Street, Suite 500  
P.O. Box 2719  
Madison, WI 53701-2719  
(608) 257-3911 (telephone)  
(608) 257-0609 (facsimile)

Defendant-Appellant:

Peter A. Sveum  
333 County Highway B  
Stoughton, WI 53589

Attorney Timothy J. Peyton  
Kepler & Peyton  
634 W. Main St., Ste. 200  
Madison, WI 53703  
(608) 257-5424 (telephone)  
(608) 257-2377 (facsimile)

Dated this 22nd day of October, 2014.

KEPLER & PEYTON

_____  
Timothy J. Peyton  
Attorneys for Defendant-Appellant

634 W. Main St., Ste. 202  
Madison, WI 53703  
(608) 257-5424

2